```
_____ FILED _____ LODGED
         _____ RECEIVED
         06/10/2021
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ANDERSON,<br><br>Defendant. | NO. CR21-5210-TLF<br><br>**INFORMATION**<br><br>**[Misdemeanor]** |

The United States Attorney charges that:

### Count 1

### (Destruction of Mail or Newspapers)

Beginning on a date unknown and continuing until on or about January 13, 2021, in Pierce County, within the Western District of Washington, JUSTIN ANDERSON, a United States Postal Service employee, did, without authority, knowingly destroy mail not directed to him.

//
//
//
//
//
//

1  All in violation of Title 18, United States Code, Section 1703(b).

2  DATED this __10th__ day of June, 2021.

*[signature]* for

TESSA M. GORMAN
Acting United States Attorney

*Angelica Williams, for*
GRADY J. LEUPOLD
Assistant United States Attorney

*Angelica Williams*
ANGELICA J. WILLIAMS
Assistant United States Attorney

Information/Anderson - 2